United States Courts
Southern District of Texas
FILED

OCT 17 2018

David J. Bradley, Clerk of Court

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: AMENDED PETITION / 4:18-cv-1057 |
|---|---|

| Name (under which you were convicted): Herbert Ellis | Docket or Case No.: 1440999 |
|---|---|

| Place of Confinement : Pack 1 Trusty Camp | Prisoner No.: 02001950 |
|---|---|

| Petitioner (include the name under which you were convicted) Herbert Ellis | Respondent (authorized person having custody of petitioner) Director of TDCJ-ID Lori Davis |
|---|---|
| v. | |

The Attorney General of the State of:

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Harris County Criminal Court, Court Room #337

   (b) Criminal docket or case number (if you know): 1440999

2. (a) Date of the judgment of conviction (if you know): May 4, 2015

   (b) Date of sentencing: May 4, 2015

3. Length of sentence: 15 years

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case: (PCS) Possession of Controlled Substance

6. (a) What was your plea? (Check one)

   ☐ (1)  Not guilty          ☐ (3)  Nolo contendere (no contest)

   ☑ (2)  Guilty              ☐ (4)  Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?     N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

  ☐ Jury     ☑ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

  ☐ Yes     ☑ No

8.    Did you appeal from the judgment of conviction?

  ☐ Yes     ☑ No

9.    If you did appeal, answer the following:

(a) Name of court:     N/A

(b) Docket or case number (if you know):     N/A

(c) Result:     N/A

(d) Date of result (if you know):     N/A

(e) Citation to the case (if you know):     N/A

(f) Grounds raised:     N/A

(g) Did you seek further review by a higher state court?     ☑ Yes     ☐ No

  If yes, answer the following:

  (1) Name of court:   Harris County Criminal Court

  (2) Docket or case number (if you know):   1440999

  (3) Result:   Denied

(4) Date of result (if you know): _Feb 24, 2016_

(5) Citation to the case (if you know): _Unknown_

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____ N/A _____

(2) Result: _____ N/A _____

(3) Date of result (if you know): _____ N/A _____

(4) Citation to the case (if you know): _____ N/A _____

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☑ Yes    ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: _Harris County Criminal Courts_

(2) Docket or case number (if you know): _1440999_

(3) Date of filing (if you know): _Unknown_

(4) Nature of the proceeding: _11.07_

(5) Grounds raised: _Ineffective Assistance of Counsel_

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: _N/A_

(8) Date of result (if you know): _N/A_

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _Harris County Criminal Court_

    (2) Docket or case number (if you know): _1440999-B_

    (3) Date of filing (if you know): _Unknown_

    (4) Nature of the proceeding: _11.07_

    (5) Grounds raised: _Ineffective Assistance of Counsel_

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☑ No

    (7) Result: _N/A_

    (8) Date of result (if you know): _N/A_

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _Harris County Criminal Court_

    (2) Docket or case number (if you know): _1440999-C_

    (3) Date of filing (if you know): _Unknown_

    (4) Nature of the proceeding: _11.07_

    (5) Grounds raised: _Ineffective Assistance of Counsel_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes　☑ No

(7) Result: _____N/A_____

(8) Date of result (if you know): _____N/A_____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:　☐ Yes　☑ No

(2) Second petition:　☐ Yes　☑ No

(3) Third petition:　☑ Yes　☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____N/A_____

12.　For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Ineffective Assistance of Counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(A) Conflict of Interest. Attorney Filed Motion To Withdraw As Counsel With The Courts Which Was Denied. Counsel States As Reasons To Withdraw Because Defendant Refuse To Pay Attorney Fees And Attorney Admitts In Motion To Withdraw That To Continue To Represent Defendant Would Cause An Unreasonable Financial Burden On The Attorney. Attorney Argued During Motion To Withdraw That He Would Not Properly Represent Defendant Adequately Due To Courts Denil of His Motion To Withdraw. (Continue On Attachment)

(b) If you did not exhaust your state remedies on Ground One, explain why: _____N/A_____

This Was Done In Open Court An Can Be Found In The Transcripts of The Motion To Withdraw As Counsel Hearing. This Statement By Defense Counsel ~~Hearing~~ H.E. Caused A Conflict of Interest An Prejudicied Defendant Case [ See Exhibit A Motion To Withdraw As Counsel As Evidence of Attorneys Conflict of Interest 1.06 And 1.07 ] Because of Attorney's Conflict of Interest Defendant Was Denied Due Process, [ See Holloway V. Arkansas, 435 U.S. AT 483-484 ]

[ See Exhibit B Note To The Court ]

I Am In The Process of Getting My Transcripts of The Motion Motion To Withdraw As Counsel In Which Counsel Admitts To The Court That He Did Not Want To Represent Me And That He Would Not Do The Job Justice. Due To Time Restraints I am Forced To Submitt This Writ of Habeas Corpus Without The Transcripts But Ask The Courts Permission To Add Them As Supplemental Exhibits As Soon As I Recieve Them.

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:     Did Not Have An
Appeal

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:     11.07

Name and location of the court where the motion or petition was filed:     Harris County
Criminal Court

Docket or case number (if you know):     1440999

Date of the court's decision:     Feb. 24 2016

Result (attach a copy of the court's opinion or order, if available):     N/A

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☑ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:     N/A

Docket or case number (if you know):     N/A

Date of the court's decision:     N/A

Result (attach a copy of the court's opinion or order, if available):     N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Did Not Raise The Issue Because I Was Told
I Could Not.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: N/A

**GROUND TWO:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) If you did not exhaust your state remedies on Ground Two, explain why: N/A

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

_____

(3) Did you receive a hearing on your motion or petition?      ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?      ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?      ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____N/A_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____N/A_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____N/A_____

_____

_____

**GROUND THREE:** _____N/A_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____N/A_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: N/A

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

    (2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes    ☑ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: N/A

    Name and location of the court where the motion or petition was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Result (attach a copy of the court's opinion or order, if available): N/A

    (3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

    (4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

13. Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    ☐ Yes    ☑ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:    N/A

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:    N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    ☐ Yes    ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available.    N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.    N/A

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Mr. Craig Bundick

(b) At arraignment and plea: Mr. Craig Bundick

(c) At trial: Mr. Theodore Haynes, Jr.

(d) At sentencing: Mr. Theodore Haynes, Jr.

(e) On appeal: N/A

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          ☐ Yes     ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?          ☐ Yes     ☑ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

N/A

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
        custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)     the date on which the judgment became final by the conclusion of direct review or the expiration
                of the time for seeking such review;

        (B)     the date on which the impediment to filing an application created by State action in violation of
                the Constitution or laws of the United States is removed, if the applicant was prevented from
                filing by such state action;

        (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court,
                if the right has been newly recognized by the Supreme Court and made retroactively applicable to
                cases on collateral review; or

        (D)     the date on which the factual predicate of the claim or claims presented could have been
                discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Vacate And Remand

For Further Proceedings.

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on 9-13-2018 H.E. (month, date, year).

Executed (signed) on 9-13-2018 H.E. (date).

_____

Herbert Ellis

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

Herbert Ellis
#2001950/TC 1-21
Pack 1 Trusty Camp
2400 Wallace Pack Rd.
Navasota, Tx 77868

United States Courts
Southern District of Texas
FILED

OCT 17 2018

David J. Bradley, Clerk of Court

Clerk,
U.S. District Court
P.O. Box 61010
Hou, Tx 77208