IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HERBERT ELLIS, (TDCJ #02001950) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-1057 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice - Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

## ORDER

Herbert Ellis, a Texas state inmate, has filed a petition under 28 U.S.C. § 2254, seeking a federal writ of habeas corpus to challenge a state-court conviction for possession of a controlled substance. The respondent requests an extension of time, up to and including January 22, 2019, in which to file an answer or other appropriate responsive pleading.

It is **ORDERED** that the motion for an extension of time, (Docket Entry No. 12), is **GRANTED**.

SIGNED at Houston, Texas, on   DEC 3 1 2018  .

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE